# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00544-DSC

| | |
|---|---|
| REBECCA PERKINS, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> NANCY A. BERRYHILL, Acting ) </br> Commissioner of Social Security, ) </br> ) </br> Defendant. ) | **ORDER** |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, has moved this Court pursuant to sentence four of 42 U.S.C. § 405(g) to enter a judgment reversing her decision with a remand of the case for further administrative proceedings. Plaintiff's counsel has indicated that she does not oppose the Defendant's Motion for Remand.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**SO ORDERED**.

Signed: May 13, 2019

_____
David S. Cayer
United States Magistrate Judge