IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:18-cv-544-DSC

REBECCA PERKINS,           )
                           )
            Plaintiff,     )
                           )
      v.                   )
                           )    **ORDER**
ANDREW SAUL,               )
Commissioner of Social Security, )
                           )
            Defendant.     )

This action being submitted to the Court for an order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $14,888.25 for attorney fees, representing less than twenty-five per cent of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $6,000.00,

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel Charlotte W. Hall the sum of $14,888.25, sent to her office at Arrowood and Hall PLLC, P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $6,000.00 and upon the payment of such sums, this case is dismissed with prejudice.

**SO ORDERED**.

Signed: May 8, 2020

David S. Cayer
United States Magistrate Judge